UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Phillip Roberts

    v.                                          Case No. 20-cv-618-SE

Warden, FCI Berlin

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 23, 2022 (doc. no 17). Accordingly, the Warden's motion to dismiss (doc. no. 14) is granted. The clerk shall enter judgment and close this case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report waives the right to appeal district court's order).

    SO ORDERED.

                                                      /s/ SD Elliott
                                                      _____
                                                      Samantha D. Elliott
                                                      United States District Judge

Date: April 22, 2022

```
cc: Phillip Roberts, pro se
    Seth R. Aframe, Esq.
```